610

John W. Druggan, Columbus, and Edwin D. Ricketts, Columbus, for plaintiff in error.
Graham & Graham, Zanesville, for defendants in error.

For full opinion see 6 OO 433; 52 Oh Ap 474.

**DISHER v DISHER et**

Ohio Appeals, 2nd Dist, Darke Co

No 491. Decided Jan 14, 1936

Walter S. Jackson, Lima, for plaintiff in error.
Klinger & Klinger, Lima, for defendant in error.

For full opinion see 6 OO 431; 52 Oh Ap 467.

**DAVIS v WATTS**

Ohio Appeals, 5th Dist, Perry Co

Decided March 26, 1935